UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                       CRIMINAL ACTION NO. 3:25-CR-83-CHB

MARK FOSTER, JR.                                                                                 DEFENDANT

### RESPONSE DEFENDANT FOSTER'S MOTION TO CONTINUE TRIAL
*-- Electronically Filed --*

Comes the United States, by counsel, Alicia P. Gomez, Assistant United States Attorney, and states that there is no objection to Defendant Foster's Motion to Continue the trial currently scheduled in this case (DN 30). The United States is in the process of producing discovery in this matter and needs additional time to confer with counsel regarding possible resolutions for this matter. Wherefore, undersigned counsel for the United States does not oppose the motion to continue the currently scheduled July 15, 2025 trial date.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
alicia.gomez@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney

Case 3:25-cr-00083-CHB-CHL    Document 31    Filed 06/20/25    Page 2 of 2 PageID #: 143